IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| TCYK, LLC | ) | |
| *Plaintiff,* | )<br>)<br>) | |
| v. | )<br>) | Case No. 3:13-cv-251 |
| DOES 1-98, | )<br>) | |
| *Defendants.* | )<br>) | |
| _____ | ) | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT
DOE #74, ALSO IDENTIFIED AS OWNER OF IP ADDRESS 98.249.115.35**

Plaintiff hereby files this Notice of Voluntary Dismissal without prejudice as to the Defendant identified in Plaintiff's Complaint as Doe number 74, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 98.249.115.35.

**DATED**: October 14, 2013

    Respectfully submitted,
    LAW OFFICE OF VAN R. IRION
    By: /s/Van R. Irion
    Van R. Irion
    9040 Executive Park Drive, Suite 200
    Knoxville, TN 37923
    (865) 809-1505 (telephone)
    van@irionlaw.com (email)
    Attorney for the Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2012, I electronically filed the foregoing document via the Court's ECF, electronic email system.     /s/Van R. Irion