# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| TCYK, LLC, | ) |
|     Plaintiff, | ) |
| | )    No. 3:13-cv-0251 |
| v. | ) |
| | ) |
| DOES 1-98, | ) |
| | ) |
|     Defendants, | ) |

## MOTION TO QUASH SUBPOENA RELATED TO PERSONAL INFORMATION FOR OWNER OF IP ADDRESS 98.249.115.35

The owner of Internet Protocol ("IP") address 98.249.115.35 hereby makes this special appearance, having previously been dismissed, and respectfully asks this Court to quash the subpoena issued to Comcast asking for the name, address and telephone number of the owner of said IP address. For cause, this non-party respectfully submits to the Court that the cause of action filed against the owner of said IP address has been dismissed. (See Doc. 7). As such, the information sought related to the owner of said IP address is moot. Accordingly, the subpoena should be quashed. Respectfully, the relief requested in this motion, to quash the subpoena solely related to IP address 98.249.115.35/John Doe 74, should be granted, and Comcast should not disclose said personal information.

RESPECTFULLY SUBMITTED this 21st day of October, 2013.

OWNER OF IP ADDRESS 98.249.115.35/
JOHN DOE 74

/s/ Benjamin K. Lauderback, By Special Appearance Only
BENJAMIN K LAUDERBACK, BPR NO. 20855
WATSON, ROACH, BATSON,
ROWELL & LAUDERBACK, PLC

1500 Riverview Tower
900 S. Gay Street
P.O. Box 131
Knoxville, TN 37901
(865) 637-1700

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system:

Van R. Irion
LAW OFFICES OF VAN R. IRION
9040 Executive Park Drive
Suite 200
Knoxville, Tennessee 37923

Dated this 21st day of October, 2013.

/s/ Benjamin K. Lauderback, By Special Appearance Only
Benjamin K. Lauderback