IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| TCYK, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:13-cv-251 |
| | ) | |
| DOES 1-98, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>JOINT MOTION TO WITHDRAW MOTION TO QUASH AND TO SEVER</u>**

Pursuant to Federal Rule of Civil Procedure and this Court's Rules, Doe 3 and Plaintiff submit this joint motion to withdraw Doe 3's motion to quash Plaintiff's subpoena and to dismiss [Doc.10]. Grounds for this motion are that both Doe 3 and the Plaintiff agree that it is in the best interests of both Doe 3 and the Plaintiff to immediately withdraw Doe 3's motion.

For all these reasons set forth herein, this joint motion to withdraw Doe 3's motion to quash and to dismiss should be **GRANTED**.

Respectfully submitted,

s/Dale J. Montpelier
Dale J. Montpelier, BPR No. 017125
MONTPELIER, COLE, DELLA-
RODOLFA & FORD, P.C.
120 Suburban Road, Suite 203
Knoxville, TN 37923
(865) 673-0330

Agreed:

s/Van R. Irion
Law Office of Van R. Irion, PLLC
800 Gay St., Suite 700

1

Knoxville, TN 37929
(865) 809-1505
van@irionlaw.com

Dated: November 7, 2013

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system.

<u>s/Dale J. Montpelier</u>
Dale J. Montpelier, BPR No. 017125
MONTPELIER, COLE, DELLA-RODOLFA & FORD, P.C.
120 Suburban Road, Suite 203
Knoxville, TN 37923
(865) 673-0330

2

Case 3:13-cv-00251-TAV-HBG   Document 12   Filed 11/07/13   Page 2 of 2   PageID #: 140