IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TCYK, LLC | ) |
| | ) |
|     *Plaintiff,* | ) |
| | ) |
| v. | )   Case No. 3:13-cv-251 |
| | ) |
| DOES 1-98, | ) |
| | ) |
|     *Defendants.* | ) |
| _____ | ) |

**JOINT NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT DOE #3, ALSO IDENTIFIED AS OWNER OF IP ADDRESS 107.3.227.73**

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice as to the Defendant identified in Plaintiff's Complaint as Doe number 3, said Defendant is also identified in Plaintiff's Complaint as the holder of the IP address 107.3.227.73.

**DATED**: November 7, 2013

                                                    Respectfully submitted,
                                                    LAW OFFICE OF VAN R. IRION
                                                    By: /s/Van R. Irion
                                                    Van R. Irion
                                                    800 Gay St., Suite 700
                                                    Knoxville, TN 37929
                                                    (865) 809-1505 (telephone)
                                                    van@irionlaw.com (email)
                                                    Attorney for the Plaintiff

                                                    Agreed:

                                                    s/Dale J. Montpelier
                                                    Dale J. Montpelier, BPR No. 017125
                                                    MONTPELIER, COLE, DELLA-RODOLFA & FORD, P.C.
                                                    120 Suburban Road, Suite 203
                                                    Knoxville, TN 37923
                                                    (865) 673-0330

CERTIFICATE OF SERVICE

    I hereby certify that on November 7, 2012, I electronically filed the foregoing document via the Court's ECF, electronic email system.     /s/Van R. Irion