IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TCYK, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:13-cv-251 |
| | ) |
| DOES 1-98, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S OPPOSITION TO DOE 3'S MOTION TO QUASH AS MOOT**

Pursuant to Federal Rule of Civil Procedure and this Court's Rules, Plaintiff's submit this response in opposition to Defendant Doe 3's motion to quash Plaintiff's subpoena and to sever [Doc.10].

Doe 3 and the Plaintiff filed an agreed motion to withdraw Doe 3's previous motion. *See* Doc. 12. Also, Doe 3 has been dismissed (*See* Doc.13), rendering the previously filed motion moot.

For all these reasons set forth herein, the Defendants' motions to quash and to sever should be withdrawn, or alternately **DENIED** as moot.

Respectfully submitted,

s/Van R. Irion
Law Office of Van R. Irion, PLLC
800 Gay St., Suite 700
Knoxville, TN 37929
(865) 809-1505
van@irionlaw.com

Dated: November 7, 2013

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system.

s/Van R. Irion
Law Office of Van R. Irion, PLLC
9040 Executive Park Drive, Suite 200
Knoxville, TN 37923
(865) 809-1505
van@irionlaw.com

2