UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TCYK, LLC, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) No.: 3:13-CV-251-TAV-HBG |
| DOES 1-98, | ) ) ) |
|     Defendants. | ) |

## MEMORANDUM AND ORDER

On November 18, 2013, the Honorable H. Bruce Guyton, United States Magistrate Judge, filed a Report and Recommendation (R&R) [Doc. 16] in which he recommended that Plaintiff's claims against Doe Defendants 2-98 be dismissed, without prejudice, for improper joinder; that the pending motions to quash and/or for protective order be granted; and that Plaintiff be given thirty days to serve Doe 1.

There being no timely objections by Plaintiff, see 28 U.S.C. § 636(b)(1), and the Court being in complete agreement with the Magistrate Judge, the R&R is hereby **ACCEPTED IN WHOLE.** Accordingly, I**T IS HEREBY ORDERED**

    **1.** The motion to dismiss and/or sever [Doc. 10] is **DENIED AS MOOT.**

    **2.** All claims, other than the claim of Plaintiff against Doe Defendant 1 are **DISMISSED, without prejudice,** to allow refiling of claims against Doe Defendants 2-98 in individual cases.

3. Any refiled cases against Doe Defendants 2-98 shall be filed in the appropriate division of the Eastern District of Tennessee.

4. The motions to quash subpoena [Docs. 9, 11] are **GRANTED.**

5. Plaintiff shall serve Doe Defendant 1 within **thirty (30) days** of entry of this Memorandum and Order.

**IT IS SO ORDERED.**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE